**Order filed, September 16, 2013.**



**In The**

# Fourteenth Court of Appeals

—————————

## NO. 14-13-00351-CR

—————————

**TUAN TRUNG TA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1282590**

---

## ORDER

The reporter's record in this case was due **July 22, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Trish Matthews and Mary Mills**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM